Judge Benjamin H. Settle

```
_____ FILED      _____ LODGED
          _____ RECEIVED
            AUG 11 2016
       CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                          DEPUTY
```

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>RUSSELL WAYNE PRICE,<br><br>Defendant. | NO. CR15-5201BHS<br><br>[PROPOSED] STIPULATED ORDER TO EXTEND BRIEFING SCHEDULE FOR MOTIONS *IN LIMINE* |

THE COURT, having reviewed the stipulated motion filed by the government and Defendant Russell Wayne Price hereby ORDERS that:

The government's response to Defendant Price's Motion *in Limine* (Dkt. #97) is due on August 26, 2016, and Defendant's reply is due on September 2, 2016; and

Defendant Price's response to the government's Motion *in Limine* (Dkt. #95) is due on August 26, 2016, and the government's reply is due on September 2, 2016.

DATED this __11__ day of __August__, 2016.

BENJAMIN H. SETTLE
United States District Judge

Presented by:
s/ Brian D. Werner
BRIAN D. WERNER
Assistant United States Attorney

[Proposed] Stipulated Order to Extend Briefing Schedule for Motions *In Limine*
United States v. Price, CR15-5201BHS - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970